UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANGEL ALBERTO CABRERA,   CASE NO. 1:22-cv-20699-RKA

   *Plaintiff*,

v.

PEDRAIL SYSTEMS LLC, MIGUEL
ANGEL VILA, individually, MARIA A.
VILLAREAL, individually,

   *Defendants*.
_____/

## JOINT STATUS REPORT AND NOTICE OF COMPLIANCE

COMES NOW, Plaintiff, ANGEL ALBERTO CABRERA and Defendants PEDRAIL SYSTEMS LLC, MIGUEL ANGEL VILA, and MARIA A. VILLAREAL, who submit this Joint Status Report:

1. Pursuant this Court's Order, DE16, which scheduled a status conference before this Court, today, April 6, 2022, at 10:30 am via Zoom.

2. This Honorable Court ordered counsel to an informal settlement conference today before 5:00 pm with counsel for the Parties.

3. Counsel conferred at 2:45 pm via telephone to attempt to resolve the matter.

4. The Parties continue settlement discussions, with the expectation of completion prior to the deadline to file a Statement of Claim.

5. The Parties confirm compliance with this Court's order at the status conference.



Case 0:21-cv-61449-RS

6. The Parties will promptly advise the Court of any settlement reached and comply with the FLSA and this Court's rules regarding submission of the proposed settlement agreement for Court approval.

Date: April 6, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Tara E. Faenza, Esq.* | */s/ Toussaint Cummings, Esq.* |
| Tara E. Faenza, Esq. | Toussaint Cummings, Esq. |
| Florida Bar No. 106928 | Florida Bar No. 119877 |
| tfaenza@mkcilaw.us.com | toussaint@fairlawattorney.com |
| MCGIVNEY KLUGER CLARK & INTOCCIA, PC | FAIRLAW FIRM |
| Brickell City Tower | 135 San Lorenzo Avenue, Suite 770 |
| 80 SW 8th Street, Suite 2000 | Coral Gables, FL 33146 |
| Miami, FL 33130 | Telephone: 305-230-4884 |
| Tel: (305) 423-7189 | Facsimile: 305-230-4844 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF and/or via email, on April 6, 2022, on all counsel or parties of record on the Service List below.

By:/s/ *Tara E. Faenza*
TARA E. FAENZA
Fla. Bar No. 106928



Case 0:21-cv-61449-RS

## SERVICE LIST

BRIAN H. POLLOCK, ESQUIRE
Florida Bar No. 174842
brian@fairlawattorney.com
TOUSSAINT CUMMINGS, ESQUIRE
Florida Bar No. 119877
toussaint@fairlawattorney.com
**FairLaw Firm**
135 San Lorenzo Ave Ste 770
Coral Gables, FL 33146-1878
Office: 305-230-4884
*Attorneys for Plaintiff, Angel Alberto Cabrera*

TARA E. FAENZA, ESQUIRE
Florida Bar No. 106928
tfaenza@mkcilaw.us.com
MCGIVNEY KLUGER CLARK & INTOCCIA, PC
Brickell City Tower
80 SW 8th Street, Suite 2000
Miami, FL 33130
Tel: (305) 423-7189